UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HARVARD DRUG GROUP, LLC**

    Plaintiff(s),    CASE NUMBER: 08-13617
              HONORABLE VICTORIA A. ROBERTS

v.

**STEPHEN D. LINEHAN,**

    Defendant(s).
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Before the Court is Plaintiff, Harvard Drug Group, LLC's motion for summary judgment against Defendant, Stephan D. Linehan, on the issue of damages (Doc. # 55). A hearing on the motion was held before Magistrate Judge Michael Hluchaniuk on June 3, 2010 (Doc. # 68). Magistrate Judge Hluchaniuk recommends the Court GRANT Harvard's motion (Doc. # 76). Linehan filed objections to the Magistrate's Report and Recommendation ("R&R") (Doc. # 77). Harvard responded to Linehan's objections (Doc. # 78).

Review of a magistrate judge's recommendation on a dispositive motion is de novo. 28 U.S.C. § 636 (b)(1); Fed. R. Civ. P. 72 (b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72 (b)(3).

After careful review of the recommended order, the Court finds the Magistrate Judge's legal reasoning and conclusions sound, the Court ADOPTS the Magistrate

1

Judge's R&R. Harvard's motion for summary judgment is **GRANTED.**

**IT IS ORDERED.**

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 29, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 29, 2010.

s/Linda Vertriest
Deputy Clerk